# RESOLUTION

## Naming of the Wing of the Charles R. Jonas Federal Building and United States Courthouse
## Charlotte, North Carolina

### WHEREAS

The Board of Judges for the United States District Court for the Western District of North Carolina, as reflected in the minutes of the August 26, 2020, Board of Judges meeting, resolved to refer to the newly constructed Courthouse addition as a "Wing" rather than an "Annex" to express the continuity of design and function of the new facility with the one hundred year-old existing Charles R. Jonas Federal Building and United States Courthouse;

### WHEREAS

The Board of Judges wishes to commemorate the legacy and service of Frank G. Johns, Clerk of Court (1994-present), whose stellar leadership, strength of character and good humor have carried the District through good times and more importantly through the difficult times, including service under seven Chief Judges, through a sequester, a pandemic, and a courthouse construction project, the assembling of a Director's Award-winning IT team responsible for designing JERS and MAGIC programs exported throughout the country, in addition to many other acts of servant leadership; and who has served with distinction on a national level having participated on numerous national committees advancing the District's interest at home and with the Administrative Office of the Courts; and having been recognized by his peers with the "Angie Award" (2019), the Federal Court Clerks Association's award for dedicated and excellent career service; and

### WHEREAS

The judges of the United States District Court for the Western District of North Carolina desire to recognize his service and achievements in a manner appropriate to the esteem in which he is held; therefore, we, the Board of Judges

### DO HEREBY RESOLVE:

That the newly constructed wing of the Charles R. Jonas Federal Building and United States Courthouse be, and the same is, hereby dedicated in honor of Frank G. Johns, and said wing shall be known hereafter as the Frank G. Johns Wing of the Charles R. Jonas Federal Building and United States Courthouse. The Board of Judges shall take any such steps as are necessary to formalize this resolution.

In witness whereof, the judges of this Court have affixed their signatures herein below, this fourteenth day of December in the year two thousand twenty-two.

_____
Martin Reidinger
Chief United States District Judge

_____
Robert J. Conrad Jr.
United States District Judge

_____
Frank D. Whitney
United States District Judge

_____
Max O. Cogburn
United States District Judge

_____
Kenneth D. Bell
United States District Judge

_____
Graham C. Mullen
Senior United States District Judge

_____
Richard L. Voorhees
Senior U.S. District Judge